UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS GONZALEZ CUAUTLE,
VICTOR AMARO HERNANDEZ, LUICIANO
REYES RAMON and VILSON CELA,
*individually and on behalf of others similarly situated*,

                Plaintiffs,

– against –

45 TUDOR RESTAURANT LLC (D/B/A
TUDOR CITY STEAKHOUSE), *et al.*,

                Defendants.

**ORDER**

20 Civ. 4250 (ER)

Ramos, D.J.:

      On November 25, 2020, the Mediator reported that mediation was unsuccessful. Doc. 32. Since then, there has been no activity in this case, except for the voluntary dismissal of St. Giles Hotel, LLC. The parties are therefore instructed to submit a joint status update by no later than April 23, 2021.

      It is SO ORDERED.

Dated:  April 9, 2021
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.