UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GONZALEZ CUAUTLE, *et al.*,

                Plaintiffs,

-against-

45 TUDOR RESTAURANT LLC, *et al.*,

                Defendants.

**ORDER**

20 Civ. 4250 (ER)

The Court having been advised that the parties reached settlement after a settlement conference held on January 4, 2022 before Magistrate Judge Gabriel W. Gorenstein, the parties are directed to submit their settlement agreement to the Court for *Cheeks* review by January 18, 2022.

    SO ORDERED.

Dated:    January 4, 2022
              New York, New York

                                                            Edgardo Ramos, U.S.D.J.